IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY C. LANGSTON | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE | : | NO. 08-cv-0516-JF |

<u>ORDER</u>

AND NOW, this 9th  day of September 2009, upon consideration of the parties' Motions for Summary Judgment, the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, Plaintiff's objections, and Defendant's response thereto,

IT IS ORDERED that the Report and Recommendation is HEREBY APPROVED and ADOPTED, and

JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY and the relief sought by Plaintiff is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.